TRULINCS 08629028 - KOONS, ANDREW C - Unit: ELK-H-B

---

FROM: 08629028
TO:
SUBJECT: Legal
DATE: 07/03/2015 05:35:12 PM

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
OF INDIANA

| | | |
|---|---|---|
| ANDREW C. KOONS,<br>    PETITIONER-APPELLANT, | ) ) ) ) | 3:07-cr-19-RLY-WGH-1 |
| V. | ) ) | Case No. 3:08-CV-00191-RLY-WGH |
| UNITED STATES OF AMERICA,<br>    RESPONDENT-APPELLEE, | ) ) ) | |

MOTION UNDER USC SECTION 2241 (f)(2)
BASED ON THE SUPREME COURTS DECISION IN
JOHNSON V. UNITED STATES, 559 U.S. 133, 140
(2015) THE SUPREME COURT HELD THE "RESIDUAL
CLAUSE" OF THE ARMED CAREER CRIMINAL ACT
IS UNCONSTITUTIONALLY VAGUE.

Mr. Koons no longer has the three priors to justify the application of the ACCA.

Mr. Koons recieved an enhanced sentence under the ACCA because of a conviction under the "residual clause."

A 2241 is the proper motion because a 2255 would be "inadequate or an ineffective way to test the legality of his detention. This falls under the "Savings clause" test. See e.g. Bryant v. Warden, 738 F.3d 1253, 1274, 1277-79 (11th Cir. 2013). (Allowing a claim that the defendant wa wrongly sentenced under the ACCA to proceed under 2241).

The priors the court used to sentence Mr. Koons to the ACCA were Arson (38C1-9803-CF-18), Burlary (01C01-9804-CF-8), and Resisting law enforcement (41D02-9712-DF-178).

One of Mr. Koons's priors was resisting arrest under Indiana code Section 35-44-3-3(b)(1)(A). It was counted as a violent felony under ACCA's "residual clause", however the Supreme Courts rullingthat the "residual clause" is

Unconstitutionally vague. See Johnson v. U.S. 133 140 (2015) Mr. Koons no longer has 3 prior offenses to quallify for the

ACCA. Mr. Koons requests the court to vacate his sentence, and remand his sentence.

Mr. Koons also requests the court to provide him with councel to help him through out this legal process.

TRULINCS 08629028 - KOONS, ANDREW C - Unit: ELK-H-B

----------------------------------------------------------------------------------------

FROM: 08629028
TO:
SUBJECT: Legal
DATE: 07/05/2015 06:06:07 AM

CERTIFICATE OF SERVICE

    The undersigned, certifies that on 7-5-2015 caused two copies of the foregoing brief of Andrew C. Koons to be served by way of United States Mail on counsel of record at the address below:

Gerald Coraz
Office of the U.S. Attorney
10 West Market Street
Indianapolis, Indiana
46204-3048

*Andy Koons*
Andrew C. Koons
Reg.#08629-028
Federal Satellite Low Elkton
P.O. Box 10
Lisbon, Ohio 44432